**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1251-VAP (JWJx)                                    Date:  October 6, 2008

Title:   G.R.P. LOAN LLC, its Successors and/or assigns -v- RAYMUNDO CORRAL, RAFAEL OROZCO GONZALEZ and DOES 1 through X, inclusive
================================================================
PRESENT:         HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

         Marva Dillard                                              None Present
         Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR                              ATTORNEYS PRESENT FOR
PLAINTIFFS:                                        DEFENDANTS:

         None                                              None

PROCEEDINGS:    ORDER TO SHOW CAUSE FOR LACK OF SUBJECT
                MATTER JURISDICTION (IN CHAMBERS)

    Defendant removed this case to this Court on September 11, 2008.  Removal is inappropriate when the district court would not have original jurisdiction over the case.  <u>See</u> 28 U.S.C. § 1441(a).  A case shall be remanded when the court lacks subject matter jurisdiction.  <u>See</u> 28 U.S.C. § 1447(c).

    Plaintiff brings suit only under state law.  Defendant's Notice of Removal fails to state any valid grounds for jurisdiction in the United States District Court; nor is any basis for jurisdiction apparent on the face of the complaint.  Accordingly, the Court issues an Order to Show Cause why this case should not be remanded to the

MINUTES FORM 11                                            Initials of Deputy Clerk   MD
CIVIL -- GEN                         Page 1

EDCV 08-1251-VAP (JWJx)
G.R.P.  LOAN LLC, its Successors and/or assigns v RAYMUNDO CORRAL, RAFAEL OROZCO GONZALEZ and DOES 1 through X, inclusive
MINUTE ORDER of October 6, 2008

California Superior Court for the County of San Bernadino.  Defendant must respond in writing by October 20, 2008.  Failure to respond will result in a remand of the action to the California Superior Court.

    **IT IS SO ORDERED.**