JS - 6                              **PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 08-1251-VAP (JWJx)                Date:  November 20, 2008

Title:      G.R.P.  LOAN LLC, its Successors and/or assigns -v- RAYMUNDO
            CORRAL, RAFAEL OROZCO GONZALEZ and DOES 1 through X,
            inclusive
==================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                           None Present
        Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFFS:                       DEFENDANTS:

        None                              None

PROCEEDINGS:        MINUTE ORDER REMANDING CASE TO THE SUPERIOR
                    COURT OF THE STATE OF CALIFORNIA COUNTY OF
                    SAN BERNARDINO FOR LACK OF SUBJECT MATTER
                    JURISDICTION (IN CHAMBERS)

      On June 11, 2008, Plaintiff GRP Loan, LLC filed an action for unlawful detainer
against defendants Raymundo Corral and Rafael Orozco ("Defendants") in the
California Superior Court for the County of San Bernardino.  Defendants removed
the action to this Court on September 11, 2008, without sufficiently alleging subject
matter jurisdiction.  The Court issued an Order to Show Cause for Lack of Subject
Matter Jurisdiction on October 6, 2008.  The Court has received and considered
Defendants' responses to the Court's Order to Show Cause.

      A case shall be remanded when the court lacks subject matter jurisdiction.

MINUTES FORM 11                              Initials of Deputy Clerk __md__
CIVIL -- GEN                   Page 1

EDCV 08-1251-VAP (JWJx)
G.R.P.  LOAN LLC, its Successors and/or assigns v RAYMUNDO CORRAL, RAFAEL OROZCO GONZALEZ and
DOES 1 through X, inclusive
MINUTE ORDER of November 20, 2008

See 28 U.S.C. § 1447(c).  Plaintiff asserted a state-court action against Defendants.
In their responses, Defendants refer to many areas of the law but fail to show why
the federal court has jurisdiction.  The Court REMANDS THIS ACTION TO THE
SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN
BERNARDINO - RANCHO CUCAMONGA DISTRICT.

**IT IS SO ORDERED.**